IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AHMAD WILLIAMS, MALAIKA WILLIAMS** : | **CIVIL ACTION** |
| v. : | NO. 25-3541 |
| **THUMBTACK, INC., A-G EAGLE CONSTRUCTION LLC** : | |

# ORDER

**AND NOW**, this 28th day of January 2026, upon considering defendant A-G Eagle's motion to dismiss (DI 14), plaintiff's response in opposition (DI 19), A-G Eagle's reply in support of its motion to dismiss (DI 21), plaintiff's sur-reply (DI 29), plaintiff's motion to amend his complaint and motion for leave to substitute exhibit (DI 45 and 46), A-G Eagle's response in opposition (DI 48), plaintiff's reply (DI 49), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Plaintiff's motions to amend his complaint **(DI 45)** and substitute exhibit **(DI 46)** are **GRANTED**.

2. A-G Eagle's motion to dismiss **(DI 14)** is **GRANTED in part** and **DENIED in part**. Specifically, plaintiffs' claims under the Magnuson-Moss Warranty Act, Pennsylvania Commercial Code, and causes of action for fraudulent and negligent misrepresentation and negligent infliction of emotional distress are **dismissed without prejudice**. However, plaintiffs' claims under the Pennsylvania Unfair Trade Practices and Consumer Protection Law and causes of action for breach of contract, unjust enrichment, negligence, and loss of consortium will proceed into discovery.

3. Plaintiffs have **14 days** from the date of this Order to make any final amendments to their complaint.

4. The Clerk of Court shall mail this Order and accompanying Memorandum to Mr. Williams at the below address as well as to his e-mail address:

>Ahmad Williams
>2639 Oakford Street
>Philadelphia, PA 19146
>modwilliams86@gmail.com

MURPHY, J.